## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BUCKLEY LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Tel: (202) 349-8000

Civil Action No.

    Plaintiff,

v.

TRUSTIFY INC.
8805 Winthrop Drive
Alexandria, VA 22308

    Respondent.

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner Buckley LLP ("Buckley" or "Petitioner"), pursuant to 9 U.S.C. § 9, files this Petition to Confirm Arbitration Award against Trustify Inc. ("Trustify") and in support, respectfully avers as follows:

### PARTIES

1. Buckley is a limited liability partnership formed under the laws of the District of Columbia with its main headquarters located at 1250 24th Street, N.W., Suite 700, Washington, D.C. 20037.

2. Trustify Inc. is a Delaware corporation headquartered in Virginia.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, in that the parties are residents of different states and the amount in controversy exceeds $75,000.

4. Venue lies in this District pursuant to 28 U.S.C. § 1391(a)(2), as a substantial part of the events giving rise to the claim occurred here.

5. Moreover, Buckley and Trustify are parties to a November 22, 2017 Terms of Engagement agreement, which specifies Washington, D.C. as the venue for all legal disputes.

## ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

6. On November 22, 2017, Buckley and Trustify entered into a Terms of Engagement agreement (the "Agreement") under which Buckley agreed to provide legal services to Trustify and Trustify agreed to pay the fees and costs associated with those services. A copy of the Agreement is attached as Exhibit A. On or about April 9, 2018, the parties agreed to the State Attorneys' General Proposal (the "Proposal") under which Buckley agreed to provide additional legal services to Trustify at an agreed upon rate. Under its terms, the Proposal served as a rider to the Agreement.

7. The terms of the Agreement required Trustify, among other things, to pay Buckley's bills for legal services "on receipt without regard to consummation of a transaction, or outcome of any matter."

8. The Agreement contained an arbitration provision which stated, in part:

> Each of You agree that any dispute with the Firm regarding any aspect of the attorney-client relationship, and any claim arising out of or relating to this Engagement, including, without limitation, attorney's fees and costs charged under this Engagement, and any claims for breach of contract, professional negligence, breach of fiduciary duty, misrepresentation or fraud, shall be resolved by confidential, binding arbitration in accordance with the "Arbitration Procedures" section below, upon a written request for arbitration made by any of You or the Firm and delivered to the other.

9. Moreover, under the Agreement, the company "acknowledge[d] that this agreement to arbitrate results in a waiver of [Trustify's] respective right to have the dispute resolved in a court and by means of a jury trial for any fee dispute and/or malpractice claim." The Agreement stated that any arbitration would be conducted by the JAMS Comprehensive Arbitration Rules and Procedures and that the exclusive venue of any arbitration would be Washington, D.C.

10. Buckley capably, competently, and fully performed the legal services requested by Trustify and the Trustify benefited from Buckley Sandler's legal representation, advice, and other

services.  Buckley submitted monthly invoices to Trustify detailing the work it performed, the rate for that work, and the total amounts due.

11.     Trustify, however, refused to pay $243,445.42 in legal fees and costs owed to Buckley for the services it provided, despite repeated promises to do so.

12.     On January 16, 2019, Buckley filed a demand for arbitration with JAMS.  The Honorable James Robertson (Ret.) was appointed arbitrator.  A copy the JAMS appointment is attached as Exhibit B.

13.     On April 4, 2019, the arbitrator held a telephonic hearing in Washington, D.C., and received documentary evidence on the dispute.

14.     Despite having received notice, Trustify did not submit any evidence in advance of the arbitration hearing or attend the proceedings.

15.     Having considered the evidence, the arbitrator entered an arbitration award, dated April 12, 2019 (the "Award"), and which was received on April 15, 2019, awarding damages to Buckley in the amount of $245,945.42 which represents Petitioner's damages and arbitration costs.  A copy of the Award is attached as Exhibit C.

## PRAYER FOR RELIEF

Wherefore, Buckley respectfully requests that, pursuant to 9 U.S.C. § 9, Petitioner have judgment for relief as follows:

A.     that this Court enter judgment confirming the Award in the amount of $245,945.42;

B.     that Petitioner be awarded post-judgment interest under District of Columbia law as of the date of the Award;

C.     that Petitioner be allowed the costs and its attorneys' fees in bringing this proceeding;

D.     For such other, further or general relief as the Court deems proper.

Dated: April 17, 2019 **BUCKLEY LLP**

By: /s/ Andrew R. Louis
Andrew R. Louis (D.C. Bar No. 476722)
Mehul N. Madia (D.C. Bar No. 988279)
BUCKLEY LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Tel:  (202) 349-8000
Fax:  (202) 349-8080
Email: alouis@buckleyfirm.com
Email: mmadia@buckleyfirm.com

*Attorneys for Petitioner*